IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, : Case No. 2:08-CR-141(2)
:
vs. : JUDGE ALGENON L. MARBLEY
:
William H. Hartson :
:
    Defendant. :

## ORDER

On October 10, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant William H. Hartson guilty plea. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one of the indictment.

**IT IS SO ORDERED.**

                                                    s/Algenon L. Marbley
                                                  ALGENON L. MARBLEY
                                               UNITED STATES DISTRICT COURT

Dated: October 21, 2008